LAW LIBRARY

NO. 27868

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 JUN 29 AM 10:20 FILED

DAVID C. FARMER, on behalf of
the Bankruptcy ESTATE OF DANIEL T. KEOMALU,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,

vs.

HICKAM FEDERAL CREDIT UNION, Respondent/Defendant/Counterclaim
Plaintiff/Third-Party Plaintiff-Appellee; and
GERARD AUYONG and STEPHEN Y.H. KWOCK,
Respondents/Defendants-Appellees,

vs.

CUTTER PONTIAC, BUICK, GMC OF WAIPAHU, INC. and
CJW MOTORS, INC., Third-Party Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 04-1-0732)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Plaintiff/Counterclaim Defendant-Appellant

David C. Farmer, on behalf of the Bankruptcy Estate of Daniel T.

Keomalu's application for writ of certiorari, filed on May 19,

2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 29, 2010.

FOR THE COURT:

*Kames E. Duffy, Jr.*
Associate Justice



R. Steven Geshell,
for petitioner/plaintiff/
counterclaim defendant-
appellant on the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, and Duffy, JJ. and
Circuit Judge Wilson, in place of Recktenwald, J., recused.

Shelton G.W. Jim On
for respondent/defendant-
appellee Stephen Y.H.
Kwock on the response

Jeffrey S. Harris
for respondent/defendant/
counterclaim plaintiff/
third-party plaintiff-appellee
Hickam Federal Credit Union
and respondent/defendant-appellee
Gerard Auyong on the response